UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASTON CARTER, INC.<br>7317 Parkway Drive<br>Hanover, Maryland 21076<br><br>　　　　Plaintiff,<br><br>v.<br><br>PROSPECT CROZER, LLC<br>d/b/a Crozer-Keystone Health System<br>100 West Sproul Road<br>Springfield, Pennsylvania 19064<br><br>　　　　Defendant. | Case No. _____<br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Aston Carter, Inc. ("Aston Carter"), by and through its undersigned attorney, hereby brings this Complaint and seeks recovery from Defendant, Prospect Crozer, LLC. ("Prospect Crozer"), for breach of contract, account stated, and, in the alternative, unjust enrichment. In support of its Complaint, Aston Carter states and alleges as follows:

## INTRODUCTION

1.　　This action arises from Defendant Prospect Crozer's breach of its contract with Aston Carter.

2.　　Aston Carter and Prospect Crozer entered into a Services Agreement (the "Agreement") on September 20, 2021. Under the terms of the Agreement, Prospect Crozer engaged Aston Carter to provide supplemental staffing services. Prospect Crozer agreed to pay

Aston Carter for services rendered within fifteen days from invoice date at the rates listed in Exhibit A of the Agreement. A true and correct copy of the Agreement is attached as **Exhibit 1**.

3. Between August 1, 2022 and November 11, 2022, Prospect Crozer accepted staffing services from Aston Carter. Aston Carter sent Prospect Crozer invoices for all the services rendered. Despite numerous attempts to discuss and collect the $148,510.63 owed, Prospect Crozer refuses to pay for the services it received.

4. Prospect Crozer breached the Agreement by failing to pay Aston Carter $148,510.63 for the supplemental staffing services rendered.

## PARTIES, JURISDICTION, AND VENUE

5. Aston Carter is a staffing services firm that specializes in accounting and finance, governance, risk and compliance, operations and administrative, and customer support talent solutions. At all times material hereto, Aston Carter Inc. is and was duly incorporated and authorized to transact business under the laws of the State of Maryland, with its principal place of business located at 7317 Parkway Drive, Hanover, Maryland 21076.

6. Prospect Crozer, LLC is and was a Pennsylvania limited liability company with its principal place of business at 100 West Sproul Road, Springfield, Pennsylvania 19064. Upon information and belief, the citizenships of all members of Prospect Crozer, LLC are diverse to the citizenship of Plaintiff Aston Carter, Inc.

7. Prospect Crozer, LLC does business as Crozer-Keystone Health System.

8. This Court possesses jurisdiction over the subject matter of this action pursuant to 28 U.S.C. 1332(a), as this is a dispute over a sum of money in excess of $75,000 and complete diversity exists between the Plaintiff and the Defendant.

9. This Court possesses general personal jurisdiction over Defendant Prospect Crozer because its principal place of business is in and it operates out of Springfield, Pennsylvania.

10. This Court possesses specific personal jurisdiction over Defendant Prospect Crozer because it entered into the Agreement for supplemental staffing services in Springfield, Pennsylvania, and the claims in this suit arise from Defendant's failure to pay for supplemental staffing services rendered within this judicial district.

11. Venue in this Court is proper pursuant to 28 U.S.C. 1391(b)(1)-(2) because the Agreement at issue was negotiated and entered into within this venue, because the events or omissions giving rise to the claims occurred within this venue, and because the services rendered by Aston Carter to Prospect Crozer took place within this venue.

## GENERAL ALLEGATIONS

12. On September 20, 2021, Prospect Crozer contracted with Aston Carter to obtain supplemental staffing services, in the form of contract employees, by entering into a Services Agreement ("Agreement"). (Ex. 1).

13. Peter Adamo, Chief Executive Officer for Prospect Crozer, LLC, and Katherine Bacher, Chief Financial Officer for Prospect Crozer, both signed the Agreement on behalf of Prospect Crozer on September 20, 2021.

14. Danielle Colman, Senior Contracts Manager for Aston Carter, signed the Agreement on behalf of Aston Carter on September 20, 2021.

15. Pursuant to the Agreement, Prospect Crozer agreed that Aston Carter would provide "Contract Employees" as requested by Prospect Crozer from time to time. (Ex. 1 at ¶ 2.2).

16. As relevant to this Complaint, Aston Carter placed two contract employees, Dina C. Hall and Davieda N. Hopson, with Prospect Crozer from August 1, 2022 through November 11, 2022.

17. Pursuant to Paragraph 4 of the Agreement, Aston Carter invoiced Prospect Crozer for services rendered by Ms. Hall and Ms. Hopson between August 1, 2022 and November 11, 2022. The invoices Aston Carter submitted to Prospect Crozer were "presumed to be accurate and fully payable" unless disputed by Prospect Crozer within five business days of its receipt of the invoice. (Ex. 1 at ¶ 4).

18. Under Paragraph 5 of the Agreement, Prospect Crozer was required to pay invoices in full within fifteen days from the invoice date. The parties agreed that invoices more than seven days past due were subject to a late charge of 1% per month on the amount of the past due balance. (Ex. 1 at ¶ 5).

19. The parties also agreed that if Prospect Crozer's account was referred to an attorney after default for collection, Prospect Crozer would be required to pay Aston Carter's expenses incurred in any collection efforts, including, but not limited to, Aston Carter's attorneys' fees. (Ex. 1 at ¶ 7).

20. Aston Carter submitted weekly invoices to Prospect Crozer for the work performed by Ms. Hall and Ms. Hopson between August 1, 2022 and November 11, 2022. The invoices still outstanding for fees due and owing under the Agreement are attached as **Exhibit 2**.

21. Prospect Crozer did not dispute the accuracy of any of the invoices that Aston Carter submitted.

22. Despite receiving staffing services from Aston Carter and despite receiving work performed by the contract employees, Prospect Crozer failed to pay all amounts due and owing under the Agreement for staffing services rendered by Aston Carter.

23. Plaintiff has inquired about payment of the amount due and owing under the Agreement multiple times since Prospect Crozer became delinquent.

24. Despite multiple demands for payment by Plaintiff, Prospect Crozer refuses to pay the amounts due and owing.

## COUNT I: BREACH OF CONTRACT
**(For Breach of Paragraph 5 of the Services Agreement)**

25. Plaintiff incorporates by reference each and every allegation contained in the above paragraphs.

26. Through the Services Agreement, Aston Carter and Prospect Crozer executed a valid, binding, and enforceable contract for the provision of staffing services and contract employees.

27. Prospect Crozer agreed to pay Aston Carter for the staffing services and contract employees it received.

28. Prospect Crozer accepted the staffing services and contract employees Aston Carter provided.

29. Aston Carter issued and sent invoices to Prospect Crozer for the contract employees provided.

30. All other conditions precedent to Aston Carter's claim for relief have been performed, have occurred, or have been waived.

31. Pursuant to the Services Agreement, the invoices Aston Carter submitted to Prospect Crozer were due and payable within fifteen days from the invoice date.

32. Pursuant to the Services Agreement, the invoices Aston Carter submitted to Prospect Crozer were presumed to be accurate and fully payable on the terms contained therein unless disputed by Prospect Crozer within five business days of receipt.

33. Aston Carter fully performed its obligations under the Services Agreement by providing employees, but, despite demand for payment, did not receive payment in full from Prospect Crozer.

34. After accounting for all applicable credits and payments, Prospect Crozer owes a remaining principal balance of $148,510.63 for staffing services Aston Carter performed under the Services Agreement.

35. Prospect Crozer's failure to remit the full $148,510.63 is a breach of its contractual obligations under Paragraph 5 of the Services Agreement.

36. As a result of Prospect Crozer's breach of the Services Agreement, Aston Carter has suffered damages in the amount of $148,510.63, plus legal fees, collections fees, and interest that will continue to accrue until payment is received in full.

WHEREFORE Aston Carter requests entry of judgment in its favor and against Prospect Crozer in the amount of $148,510.63, in addition to legal fees, collections fees, interest, and attorneys' fees incurred.

## COUNT II: ACCOUNT STATED

### (For Invoices Submitted under the Services Agreement)

37. Plaintiff incorporates by reference each and every allegation contained in the above paragraphs.

38. Aston Carter and Prospect Crozer entered into the Services Agreement on September 20, 2021, pursuant to which Aston Carter provided staffing services to Prospect Crozer from September 20, 2021 to November 11, 2022.

39. Aston Carter repeatedly invoiced Prospect Crozer for the services specifically rendered between August 1, 2022 and November 11, 2022, and all payments were due and owing to Aston Carter within fifteen days of Prospect Crozer's receipt of the invoice.

40. Prospect Crozer examined and accepted all invoices from Aston Carter.

41. Prospect Crozer never disputed the unpaid invoices.

42. Prospect Crozer failed to pay for invoiced staffing services in an amount totaling $148,510.63.

43. This transaction gave rise to an indebtedness from Prospect Crozer to Aston Carter in the amount of $148,510.63 for staffing services rendered and invoiced to Prospect Crozer, plus late fees, interest, collections fees, and attorneys' fees that continue to accrue until payment is received in full.

44. Aston Carter has made numerous demands and requests upon Prospect Crozer, reciting the amount of the existing debt owed by Prospect Crozer to Aston Carter.

45. Pursuant to the Services Agreement, Prospect Crozer made an express promise to pay the amount of the existing debt owed by Prospect Crozer to Aston Carter.

46. Prospect Crozer breached its express promise to Aston Carter by failing to timely pay Aston Carter for invoiced staffing services provided to Prospect Crozer between August 1, 2022 and November 11, 2022.

47. Prospect Crozer's breach of its express promise to Aston Carter caused damages to Aston Carter in an amount in excess of $148,510.63, plus Aston Carter's attorneys' fees, collection fees, late fees, and interest that will continue to accrue until payment is received in full.

WHEREFORE Aston Carter requests entry of judgment in in its favor and against Prospect Crozer in the amount of $148,510.63, in addition to legal fees, collection fees, and interest incurred.

**COUNT III: UNJUST ENRICHMENT**
**(In the Alternative)**
**(For Services Rendered by Aston Carter)**

48. Plaintiff incorporates by reference each and every allegation contained in the above paragraphs.

49. In the alternative to the claim for breach of contract set forth in Count I, Prospect Crozer is liable to Aston Carter for unjust enrichment.

50. At all relevant times, Aston Carter provided valuable services to Prospect Crozer; in particular, Aston Carter provided staffing services and contract employees to Prospect Crozer.

51. At all relevant times, Aston Carter conferred a benefit on Prospect Crozer through the provision of the contract employees.

52. Prospect Crozer had knowledge of the benefit Aston Carter conferred, as it knew Aston Carter placed the contract employees with Prospect Crozer and that the contract employees were working on its behalf.

53. Prospect Crozer voluntarily accepted, retained, and appreciated the benefit of the services Aston Carter provided.

54. Aston Carter enriched Prospect Crozer by providing these services.

55. Prospect Crozer understood that Aston Carter expected payment for the staffing services provided.

56. The value of the unreimbursed services that Aston Carter rendered to Prospect Crozer is $148,510.63.

57. Prospect Crozer has not paid the amount owed, and therefore, continues to owe Aston Carter for unreimbursed services.

58. Prospect Crozer's retention of benefits conferred under these circumstances violates fundamental principles of justice, equity, and good conscience; these circumstances render Prospect Crozer's acceptance of the benefit inequitable unless Prospect Crozer pays Aston Carter for the value of the benefits it received.

WHEREFORE Aston Carter requests entry of judgment in its favor and against Prospect Crozer in the amount of $148,510.63, in addition to legal fees, collection fees, attorneys' fees, and interest incurred. To date, after accounting for payments, credits, and all lawful setoffs, Prospect Crozer owes Aston Carter a principal balance of $148,510.63 under the Agreement for staffing services rendered and invoiced by Aston Carter, plus interest, costs, collection fees, and attorneys' fees that continue to accrue until payment is received in full.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Aston Carter Inc. demands judgment against Defendant Prospect Crozer, LLC in a total sum in excess of $148,510.63, plus additional late fees, interest, attorneys'

fees, costs, disbursements and such other and further relief pursuant to the Service Agreement and as the Court may deem just, proper and equitable.

## REQUEST FOR JURY TRIAL

Plaintiff Aston Carter, Inc. respectfully requests a trial by jury on all matters herein.

Dated:  August 4, 2023                                   Respectfully submitted,

                                                         SHOOK, HARDY & BACON L.L.P.


                                                         By:  */s/ Nicolai A. Schurko*
                                                         Nicolai A. Schurko, PA Bar ID 309548
                                                         Two Commerce Square
                                                         2001 Market St., Suite 3000
                                                         Philadelphia, Pennsylvania  19103
                                                         Telephone:  215.278.2555
                                                         Facsimile:  215.278.2594
                                                         nschurko@shb.com

                                                         *Attorney for Plaintiff Aston Carter, Inc.*